UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 5:17-cr-00098 |
| v. : | |
| : | |
| JOSEPH PASTORE : | |
| : | |

## ORDER

**AND NOW**, this 14th day of June, 2017, upon consideration of Defendant's Motion for Release Pending Sentencing, ECF No. 18, and for the reasons stated on the record at the hearing held on June 13, 2017, **IT IS ORDERED THAT** Defendant's Motion, ECF No. 18, is **GRANTED**, subject to the limitation that if Defendant's father passes away prior to Defendant's sentencing, Defendant is directed to notify his counsel no later than 48 hours after the occurrence, and Defendant's counsel shall thereafter notify the Court no later than 48 hours after receiving notice from Defendant.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge